WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
NOAH A. KATSELL (Bar No. 217090)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
SONY ELECTRONICS INC.

FILED
08 JUL -2 PM 3:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARIA CONTRERAS, individually and on behalf of all other similarly situated, and the General Public,

Plaintiff,

v.

SONY ELECTRONICS, INC., and Does 1 through 10 inclusive,

Defendant.

CASE NO. 08 CV 1179 DMS BLM

**NOTICE OF PARTY WITH FINANCIAL INTEREST: LOCAL CIVIL RULE 40.2**

State Court Complaint Filed: May 23, 2008

Defendant Sony Electronics, Inc. ("SEL") submits this notice of party with financial interest pursuant to the provisions of Southern District of California Local Rule 40.2.

/////
/////
/////
/////
/////
/////
/////
/////
/////

SEL is a wholly owned subsidiary of Sony Corporation of America, a Delaware corporation, which is a wholly owned subsidiary of Sony Corporation, a Tokyo corporation. Accordingly, no other public company owns more than 10% of its stock.

Dated: July 2, 2008

DLA PIPER US LLP

By ______________________
BRIAN A. FOSTER
Attorneys for Defendant