WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
NOAH A. KATSELL (Bar No. 217090)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
SONY ELECTRONICS INC.

FILED
08 JUL -2 PM 3:54
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CAL
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARIA CONTRERAS, individually and on behalf of all other similarly situated, and the General Public,

Plaintiff,

v.

SONY ELECTRONICS, INC., and Does 1 through 10 inclusive,

Defendant.

CASE NO. '08 CV 1179 DMS BLM

**NOTICE OF RELATED CASES**

State Court Complaint Filed: May 23, 2008

**TO: THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, in accordance with Local Rule 40.1 of this Court, the following actions appear to be related to the above-captioned action:

| Case Name | Date Filed | Case Number |
|---|---|---|
| *Contreras v. Sony Electronics Inc.* | April 10, 2008 | 3:2008cv00739 W (LSB) |
| *Cabrera v. Sony Electronics Inc.* | December 26, 2007 | 3:2008cv00224 G (CAB) |
| *Arabian v. Sony Electronics Inc.* | September 8, 2005 | 3:2005cv01741 H (NLS) |

Sony Electronics Inc. is a defendant in all three of these actions. Further, the *Contreras* case involved the same named plaintiff as this action. Both *Contreras* and *Cabrera* were filed by the same counsel representing plaintiff in this case, and the complaints in both cases were virtually identical to the complaint filed in this case. Both *Contreras* and *Cabrera* were removed

to federal court and have now been dismissed.

In *Arabian*, plaintiffs allege that specific models of Sony Electronic's VAIO PCG notebooks are defective. In this case, plaintiff alleges that all VAIO PCG notebooks are defective, and she asserts all of the same causes of action asserted in *Arabian*. Therefore, pursuant to CivLR 40.1(f), the *Arabian* case is related to the instant case.

Dated: July 2, 2008

DLA PIPER US LLP

By [signature]
BRIAN A. FOSTER
Attorneys for Defendant