WILLIAM S. BOGGS (Bar No. 053013)
BRIAN A. FOSTER (Bar No. 110413)
NOAH A. KATSELL (Bar No. 217090)
**DLA PIPER US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant
SONY ELECTRONICS INC.

FILED
08 JUL -2 PM 3:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CAL.
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CONTRERAS, individually and on behalf of all other similarly situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS, INC., and Does 1 through 10 inclusive,<br><br>Defendant. | CASE NO. '08 CV 1179 DMS BLM<br><br>**NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION BY DEFENDANT**<br><br>State Court Complaint Filed: |

**TO: PLAINTIFF MARIA CONTRERAS and COUNSEL OF RECORD HOUMAN FAKHIMI:**

PLEASE TAKE NOTICE that on the 2nd day of July, 2008, Defendant Sony Electronics Inc. ("Sony" or the "Company") filed with the United States District Court for the Southern District of California, a Notice of Removal of the above-captioned action to said Court from the San Diego County Superior Court of the State of California, and that the proceedings herein have been

/////

/////

/////

/////

/////

removed from the San Diego County Superior Court of the State of California, to the United States District Court for the Southern District of California.

Dated: July 2, 2008

DLA PIPER US LLP

By ______________________
BRIAN A. FOSTER
Attorneys for Defendant